John P. Ostrander, as Administrator, etc., Respondent, v. Holbrook,

Cabot & Rollins Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.